UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MUHAMMED ASHFAQ,

                *Plaintiff,*

    – against –

NASSAU COUNTY POLICE
DEPARTMENT, HEMPSTEAD POLICE
DEPARTMENT, Officer ARIGO, Badge
No. 498, Officer MALDONADO, Badge
No. 1288, Officer BERTRAND, Badge No.
1280, Officer AMIN, Badge No. 1248,

                *Defendants.*

**ORDER**
25-cv-04786 (NCM) (JMW)

---

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation ("R&R") dated May 21, 2026, from the Honorable James M. Wicks, United States Magistrate Judge recommending that plaintiff's case be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. ECF No. 17. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

1

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, this action is dismissed for plaintiff's failure to prosecute.

The Clerk of the Court is directed to enter judgment and close this case and to mail a copy of this Order and the Judgment to the plaintiff at the address he provided to the Court.

**SO ORDERED.**

_/s/ Natasha C. Merle_
NATASHA C. MERLE
United States District Judge

Dated:    June 24, 2026
          Brooklyn, New York

2